UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LIBYAN JAMAHIRIYA BROADCASTING CORPORATION,

    Plaintiff,

    v.

ABDALLA SALEH,

    Defendant.
_____/

No. C 10-3713 PJH

**ORDER OF DISMISSAL**

    Before the court is the ex-parte status statement of plaintiff's counsel advising the court that he not only has been unable to contact defendant but is also unable to contact his own client, which is owned by the Libyan government and subject to sanctions by the U.S. Treasury Department. Counsel cannot appear on behalf of his client, yet he requests a further stay or a dismissal without prejudice. This case has already been stayed for a period of time and the court is not inclined to grant a further stay which would be indefinite in nature. Even though the action is not being properly and diligently prosecuted, the court elects not to dismiss the case for failure to prosecute, but to dismiss without prejudice given the extraordinary circumstances presented due to the turmoil in Libya. Accordingly, the matter is DISMISSED without prejudice to re-filing should the circumstances change and should the relevant statute of limitations permit.

**IT IS SO ORDERED.**

Dated: April 30, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge